UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

                                      Hon. Janet T. Neff

v.

                                      Case No. 1:20-cr-000140

MARQUISE TREVON PETWAY,

     Defendant.

_____/

## ORDER

This matter is before the Court on the government's motion for pretrial detention. The government sought defendant Marquise Trevin Petway's detention on the basis of that he poses a danger to the community, 18 U.S.C. § 1342(f)(1). The Court conducted an evidentiary hearing on September 29, 2020, at which defendant was represented by counsel.

Having considered the evidence presented at the hearing, the parties' oral submissions, and the information in the Pretrial Services Report, and for the reasons stated on the record, the Court finds that the government has sustained its burden of proving by clear and convincing evidence, that he poses a danger to the community. The Court finds, as explained on the record, that there is no condition or combination of conditions that will ensure the safety of the community.

Accordingly, **IT IS ORDERED** that defendant is committed to the custody of the Attorney General pending trial.

**DONE AND ORDERED** on September 29, 2020.

  /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge